# Court of Appeals
# of the State of Georgia

ATLANTA,  March 26, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0316.  ANDREW W. BELL et al. v. KARLI SWIFT et al.**

On December 3, 2024, DeKalb County held a runoff election for the position of its District 3 Commissioner. Andrew Bell filed a petition to contest the election results. On January 17, 2025, the trial court dismissed Bell's petition. Bell filed a timely application for discretionary review in the Supreme Court of Georgia, which transferred the matter to this Court. See Case No. S25D0637 (Feb. 13, 2025).

Under OCGA § 5-6-34 (a) (1), a party may file a direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below, except as provided in Code Section 5-6-35." It does not appear that any provision of OCGA § 5-6-35, the discretionary appeal statute, applies here. Rather, the trial court's dismissal of Bell's petition may be appealed directly.[1]

We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Bell shall have ten days from the date of this order to file a notice of appeal with the trial court if they have not already done so. The

---

[1] In their response, the defendants concede that Bell is entitled to a direct appeal.

clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 03/26/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*